<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1161**

———————

PAUL L. SHUMPERT,

Plaintiff - Appellant,

versus

MANCOR CAROLINA, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (CA-00-2480-3)

———————

Submitted:  August 29, 2005      Decided:  September 13, 2005

———————

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Chalmers C. Johnson, CHALMERS JOHNSON LAW FIRM, Charleston, South Carolina, for Appellant. Vincent A. Sheheen, SAVAGE, ROYALL & SHEHEEN, L.L.P., Camden, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul L. Shumpert appeals the district court's order accepting the revised report and recommendation of the magistrate judge and granting summary judgment to the Defendant in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Shumpert v. Mancor Carolina, Inc.</u>, No. CA-00-2480-3 (D.S.C. filed Jan. 27, 2005 & entered Jan. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>